FILED

08/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0215

PATRICIAL TAFELSKI, et al., on behalf of themselves
and all other similarly situated,
    Plaintiffs-Appellees,

    v.

MARK JOHNSON, TAMMI FISHER,
    Plaintiffs-Objectors-Appellants,

    v.

LOGAN HEALTH MEDICAL CENTER,
    Defendant-Appellee.

---

## ORDER EXTENDING TIME TO FILE DEFENDANT-APPELLEE'S RESPONSE BRIEF

---

Defendant-Appellee Logan Health Meical Center has filed a Motion for Extension of Time to and including September 18, 2023, within which to file its Appellee Response Brief. Good cause showing, the motion is GRANTED. The Defendant-Appellee's Response Brief is now due September 18, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 4 2023